Christopher J. Yost, Bar No. 150785
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
Email: cjyost@fedex.com

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION

E-filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

KYLE ANDERSON, an individual,

Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, a Delaware corporation;

Defendants.

Case No. CV 08 1441 JCS

DECLARATION OF CYNTHIA D. GONZALEZ IN SUPPORT OF NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT

Complaint Filed: January 2, 2008

1. I am over the age of twenty-one and am competent to testify as to the matters set forth herein. I am a Paralegal employed by Federal Express Corporation in Irvine, California. Except where otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and if called as a witness, I could and would testify competently to each fact.

2. Federal Express Corporation is a publicly held company with shares traded on the New York Stock Exchange. It is a Delaware Corporation with its principal place of business in Tennessee.

3. Federal Express Corporation was incorporated in the State of Delaware on June 24, 1971. Its principal place of business located at 3620 Hacks Cross Road, Building B, Third Floor, Memphis, TN. 38125. It is in Tennessee where Federal Express Corporation's executive and administrative functions are performed.

_____
CYNTHIA D. GONZALEZ

#721778

# CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on March 13, 2008, I served a copy of:

**DECLARATION OF CYNTHIA D. GONZALEZ IN SUPPORT OF NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

- [x] **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Fed Ex, 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

  I am readily familiar with Fed Ex's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Fed Ex with postage thereon fully prepaid for collection and mailing.

- [ ] **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

  I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

**Service List**

**Waukeen Q. McCoy, Esq.
LAW OFFICE OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: 415-675-7705
Facsimile 415-675-2530**

**Plaintiff, Kyle Anderson**

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 13th day of March, 2008.

_____        _____
        Renee K. Aven                         (signature)
           (typed)