Christopher J. Yost, Bar No. 150785
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
Email: cjyost@fedex.com

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION

E-filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, Corporation, and Does 1-50<br><br>Defendants. | Case No. CV 08 1441 JCS<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF INTERESTED PARTIES**<br><br>[LOCAL RULE 3-16]<br><br>Complaint Filed: January 2, 2008 |

1  Defendant Federal Express Corporation submits the following certificate as
2  to interested parties pursuant to Local Rule 3-16:
3      1.    Federal Express Corporation, D/B/A FedEx Express; and
4      2.    Kyle Anderson.

6  DATED: March 12, 2008        Respectfully submitted,

8  By: *[signature]*
   Christopher J. Yost, Esq.
9     Attorney for Defendant
   **FEDERAL EXPRESS CORPORATION**

12  #721443

## CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on March 13, 2008, I served a copy of:

**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF INTERESTED PARTIES**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Fed Ex, 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Fed Ex with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

## Service List

**Waukeen Q. McCoy, Esq.**
**LAW OFFICE OF WAUKEEN Q. McCOY**
**703 Market Street, Suite 1407**
**San Francisco, CA 94103**
**Telephone: 415-675-7705**
**Facsimile 415-675-2530**

**Plaintiff, Kyle Anderson**

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 13th day of March, 2008.

_____        _____
Renee K. Aven                                (signature)
(typed)