1  Christopher J. Yost, Bar No. 150785
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone: (949) 862-4558
   Facsimile:  (949) 862-4605
4  Email: cjyost@fedex.com

5  Attorneys for Defendants
   FEDERAL EXPRESS CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE ANDERSON, an individual, | Case No. CV08 1441 JCS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| FEDERAL EXPRESS CORPORATION, a Delaware corporation: | |
| Defendants. | Complaint Filed: January 2, 2008 |

1

# CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on March 25, 2008, I served a copy of:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; and CASE MANAGEMENT CONFERENCE ORDER;**

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Fed Ex, 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Fed Ex with postage thereon fully prepaid for collection and mailing.

☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Service List

Waukeen Q. McCoy, Esq.
LAW OFFICE OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, CA  94103
Telephone: 415-675-7705
Facsimile 415-675-2530

**Plaintiff, Kyle Anderson**

I declare under penalty of perjury that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 25th day of March, 2008.

| Renee K. Aven | /s/ |
|---|---|
| (typed) | (signature) |

#723898