**United States District Court**
For the Northern District of California

1
2
3
4
5
6       IN THE UNITED STATES DISTRICT COURT
7
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10  KYLE ANDERSON                           NO. CV 08-01441 SI

11              Plaintiff,                  **CLERK'S NOTICE RE: FAILURE
        v.                                  TO FILE ELECTRONICALLY
12                                          AND/OR REGISTER AS AN E-
                                            FILER**
13  FEDERAL EXPRESS
                Defendant.
14                                      /

15
16  On March 13, 2008, counsel for defendant filed a NOTICE OF REMOVAL, DECLARATIONS,

17  CERTIFICATE OF INTERESTED ENTITIES, AND NOTICE OF RELATED CASES manually, on

18  paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order

19  45.

20
21  The above mentioned paper document has been filed and docketed. However, General Order 45

22  provides at Section III that cases assigned to judges who participate in the e-filing program "shall be

23  presumptively designated" as e-filing cases. Therefore, counsel for defendants should submit the

24  documents above, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the

25  judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button

26  and follow the procedure listed there). Do *not* e-file a document which has been previously filed on

27  paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

28

1  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
2  become an ECF User and be assigned a user ID and password for access to the system upon designation
3  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users
4  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site
5  at ecf.cand.uscourts.gov.

6  Dated: April 2, 2008                                    <u>Yumiko Saito</u>
                                                           Deputy Clerk
7                                                          /s/