IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KYLE ANDERSON,          No. C 08-01441SI

       Plaintiff,          **NOTICE**

  v.

FEDERAL EXPRESS,

       Defendant.

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motion for leave to amend has been continued to Friday, August 1, 2008, at 9:00 a.m.

Dated: May 20, 2008          RICHARD W. WIEKING, Clerk

         Tracy Sutton
         Deputy Clerk