UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KYLE ANDERSON

                Plaintiff(s),

v.

FEDERAL EXPRESS CORPORATION

                Defendant(s).

Case No. 08-01441 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: JUNE 9, 2008

                                            MIREYA A.R. LLAURADO
                                            [Party] For Defendant Federal Express

Dated: JUNE 9, 2008

                                            SPENCER SMITH
                                            [Counsel] for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KYLE ANDERSON

                       CASE NO. 08-01441 SI

        Plaintiff(s),

   v.                            NOTICE OF NEED FOR ADR PHONE CONFERENCE

FEDERAL EXPRESS CORPORATION

        Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference JUNE 20, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| MIREYA LLAURDO | DEFENDANT FEDERAL EXPRESS | 949-862-4632 | mallaurado@fedex.com |
| SPENCER SMITH | PLAINTIFF | (415) 675-7705 | mccoylawsf@yahoo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: JUNE 9, 2008

                                                    Attorney for Plaintiff

Dated: JUNE 9, 2008

                                                    Attorney for Defendant

Rev 12.05