**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/20/08

Case No.   C-08-1441SI           Judge:   SUSAN ILLSTON

Title: KYLE ANDERSON -v- FEDERAL EXPRESS

Attorneys: D. Patten          S. Jue

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)   _____

3)   _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **10/3/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **1/9/09    @ 9:00 a.m.**   for Motions
(Motion due **11/28/08**, Opposition **12/12/08** Reply **12/19/08**)

Case continued to **2/10/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/23/09    @ 8:30 a.m.**  for Trial (JURY: 8  Days)
Discovery Cutoff: 11/7/08  Designate Experts by: 10/3/08, Rebuttal Experts:10/17/08, Expert Discovery Cutoff:11/7/08

ORDERED AFTER HEARING:
This case shall be referred to the Court's Mediation Program.  The mediation session shall occur in September 2008.

Counsel will take two depositions prior to the mediation session.

cc:ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 6/20/08

Case No.   C-08-1441SI            Judge:   SUSAN ILLSTON

Title: KYLE ANDERSON -v- FEDERAL EXPRESS

Attorneys: D. Patten           S. Jue

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2) _____

3) _____

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                      PART

Case continued to **10/3/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **1/9/09    @ 9:00 a.m.**   for Motions
(Motion due **11/28/08**, Opposition **12/12/08** Reply **12/19/08**)

Case continued to **2/10/09    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **2/23/09    @ 8:30 a.m.**  for Trial (JURY: 8  Days)
Discovery Cutoff: 11/7/08  Designate Experts by: 10/3/08, Rebuttal Experts:10/17/08, Expert Discovery Cutoff:11/7/08

ORDERED AFTER HEARING:
This case shall be referred to the Court's Mediation Program.  The mediation session shall occur in September 2008.

Counsel will take two depositions prior to the mediation session.

cc:ADR