IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SEPTEMBER 5, 2008 LAW & MOTION CALENDAR

**NOTICE**

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability during the period of September 4, 2008 through September 18, 2008, the September 5, 2008 law and motion calendar has been continued to MONDAY, SEPTEMBER 22, 2008, at the same time as originally scheduled.

C-04-3526.e ACCO BRANDS v. PC GUARDIAN
Reserved for Motions

----------

C-07-1817 BRUCE DUDA v. CH2M HILL, INC.,
Reserved for Motions

----------

C-02-0790.e BOSTON SCIENTIFIC v. JOHNSON & JOHNSON
Reserved for Post Trial Motions
Plaintiff's Motion Re: Equitable Relief to Address Boston Scientific's Continued Infringement of the Fontirroche Patent

----------

C-07-5892.e JOHN LOFTON v. BANK OF AMERICA
Plaintiff's Motion for Preliminary Injunction and Class Certification

----------

C-07-4002 TRICIA LECKLER v. CASHCALL, INC
Reserved for Motion for Class Cert
(to set a further cmc)

----------

C-07-1827 IN RE: TFT(FLAT PANEL) Purchasers
#457 Koninklijke Philips' Motion to Dismiss the Direct Purchasers
#470 Tatung's Motion to Dismiss Direct Purchasers

----------

C-08-1441 KYLE ANDERSON v. FEDERAL EXPRESS
Plaintiff's Motion for Leave to Amend

----------

**11:00 AM**
CR-06-0803 UNITED STATES v. TAMMY THOMAS (NC)
Reserved for Deft. Motions
Judgment & Sentence
(USM - to be on stand-by)

----------

CR-08-0209 UNITED STATE v. MICHAEL WINNER (NC)
Judgment & Sentence

----------

**02:00 PM**
C-07-5892 LOFTON v. BANK OF AMERICA CORP.
Further Case Management Conference

----------

C-08-2639 DANIEL RODRIGUEZ v. SAN FRANCISCO
Initial Case Management Conference (pro se)

----------

C-08-2808 CHON ZHI v. MICHAEL CHERTOFF
Intiial Case Management Conference

----------

C-08-2811 BD. OF TRUSTEES v. BAY AREA BALANCING
Initial Case Management Conference

----------

**02:30 PM**
C-99-3941 AVILA v. WILLITS ENVIRONMENTAL consolidated with/ C-06-2555 CHARLES NICKERMAN v. REMCO HYDROLICS
Further Case Management Conference

----------

C-07-1827 IN RE: TFT(FLAT PANEL) ANTITRUST LITIGATION
Further Case Management Conference

----------

C-07-4956 GERALD LEE v. CONAM INSPECTION ENGINEERING SERVICES
Further Case Management Conference

----------

C-07-1483.e DAVID MOTON v. HANJIN SHIPPING
Further Case Management Conference

----------

C-08-0822.e FEDERAL TRADE COMMISSION v. MELAB, INC.
Further Case Management Conference

----------

Dated: July 1, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

