1 STEVEN L. ROBINSON (SBN 116146)
**LAW OFFICES OF JOSEPH L. ALIOTO**
2 **AND ANGELA M. ALIOTO**
700 Montgomery Street
3 San Francisco, CA 94111
Telephone: (415) 434-8700
4 Facsimile: (415) 438-4638

5 Attorney for
Angela Alioto & Angela Alioto PLC.

6

7                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
8                    SAN FRANCISCO DIVISION

9

10 KYLE ANDERSON,                          ) Case No: 3:2008cv01441
                                          )
11                 Plaintiff,              )
                                          )
12        v.                               ) **NOTICE OF ATTORNEYS' LIEN FOR**
                                          ) **FEES AND COSTS**
13                                         )
                                          )
14 FEDERAL EXPRESS CORPORATION,           )
   d/b/a FedEx Express, a Delaware         )
15 Corporation,                           )
                                          )
16                                         )
                   Defendant.             )
17                                         )
                                          )
18                                         )
                                          )
19                                         )
                                          )
20 _____        )

21

22 **TO: THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR DEFENDANT**

23 **HEREIN:**

24

25 PLEASE TAKE NOTICE that Angela Alioto & Angela Alioto Professional Law Corporation

26 have hereby assert their lien for payment pursuant to court order (Exhibit A) against the

27 Attorney Fees, and any other proceeds of any pending or future settlement of this action

28 for Waukeen Q. McCoy and/or the Law Offices of Waukeen Q. McCoy.

NOTICE OF ATTORNEYS' LIEN FOR FEES AND COSTS
Case No:3:2008cv01441

1    Notice is further given that no Attorney Fees or proceeds resulting from settlement

2   or judgment are to be paid over to Waukeen Q. McCoy and/or the Law Offices of

3   Waukeen Q. McCoy without a release in writing of their lien by these attorneys upon the

4   satisfaction of said lien.

5

6

7   Date: 7/16/08                              THE LAW OFFICES OF JOSEPH ALIOTO &
                                               ANGELA ALIOTO
8

9

10                                             By Steven L. Robinson
                                               Angela Alioto & Angela Alioto PLC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   NOTICE OF ATTORNEYS' LIEN FOR FEES AND COSTS
     Case No:3:2008cv01441                                                        2

# EXHIBIT A

███████████████████
███████████████████
███████████████████
███████████████████

## NOTICE OF JUDGMENT LIEN
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form )

A. NAME & PHONE OF FILER'S CONTACT (optional)
Steven L. Robinson

B. SEND ACKNOWLEDGMENT TO:  (NAME AND ADDRESS)

Steven L. Robinson
Law Offices of Joseph L. Alioto & Angela Alioto
700 Montgomery Street
San Francisco, CA 94111

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** –Insert only one name, either 1a or 1b.  Do not  abbreviate or combine names.

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Waukeen | McCoy | Q. | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 703 Market Street, Suite 1407 | San Francisco | CA | 94103 | |

**2. JUDGMENT CREDITOR'S  NAME**– Do not abbreviate or combine names.

2a . ORGANIZATION'S NAME   Angela Alioto Professional Law Corporation

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| 2c.. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 Montgomery Street | San Francisco | CA | 94111 | |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A.   Title of court where judgment was entered: Superior Court of California,

County of San Francisco

B.   Title of the action: Waukeen Q. McCoy v. Angela M. Alioto, et al.

C.   Number of this action: 304904

D.   Date judgment was entered: June 16, 2008

E.   Date of subsequent renewals of judgment (if any): none

F.   Amount required to satisfy judgment at date of this notice: $ 8,001.25

G.   Date of this notice: 07/16/08

**4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:**

SIGNATURE - SEE INSTRUCTION NO. 4

Dated: July 16, 2008
(If not indicated, use same as date in item 3G.)

FOR: Angela Alioto PLC

NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev. 6/01)
Approved by the Secretary of State

# JUDGMENT LIEN ADDENDUM
**FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)**

**5. NAME OF JUDGMENT DEBTOR:** (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **5b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| Waukeen | McCoy | Q. | |

**6. ADDITIONAL JUDGMENT DEBTOR** – insert only one name (6a or 6b):

| 6a. ORGANIZATION'S NAME  Law Offices of Waukeen Q. McCoy | | | | |
|---|---|---|---|---|
| **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** | |
| **6c. MAILING ADDRESS** 703 Market St., Suite 1407 | **CITY** San Francisco | **STATE** CA | **POSTAL CODE** 94103-2124 | **COUNTRY** |

**7. ADDITIONAL JUDGMENT DEBTOR** – insert only one name (7a or 7b):

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** | |
| **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**8. ADDITIONAL JUDGMENT DEBTOR** – insert only one name (8a or 8b):

| 8a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **8b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** | |
| **8c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**9. ADDITIONAL JUDGMENT CREDITOR** – insert only one name (9a or 9b):

| 9a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** | |
| **9c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

**10. ADDITIONAL JUDGMENT CREDITOR** – insert only one name (10a or 10b):

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **10b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** | |
| **10c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

(1) FILING OFFICER COPY – JUDGMENT LIEN ADDENDUM FORM (REV. 6/01)

CA Secretary of State

Steven L. Robinson (S.B.N. 116146)
**THE LAW OFFICES OF JOSEPH L.**
**ALIOTO & ANGELA ALIOTO**
700 Montgomery St.
San Francisco, Ca. 94111
Telephone (415) 434-8700

Attorneys for Defendants
Angela Alioto & Angela Alioto PLC.

ENDORSED
F I L E D
San Francisco County Superior Court

MAY 1 5 2008

GORDON PARK-LI, Clerk
BY: _____ SHERIFF HUSENY
Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

WAUKEEN Q. McCOY,

    Plaintiff,

    vs.

ANGELA ALIOTO, an individual; LAW
OFFICES OF JOSEPH L. ALIOTO &
ANGELA ALIOTO.,

    Defendants.

Case No. 304904

**ORDER GRANTING DEFENDANTS'**
**MOTION FOR ATTORNEY FEES**

Date: May 15 2008
Time: 2:30 pm
Dept: Dept   23 Third Fl Hall Of
Justice

Judge Dondero

The motion by Defendants ANGELA ALIOTO and ANGELA ALIOTO, PLC came on for hearing, as scheduled, on May 15, 2008, the matter having been argued and submitted, the following is the order of this Court:

Good cause appearing, the present motion is GRANTED. Defendants ANGELA ALIOTO and ANGELA ALIOTO, PLC shall hereby recover from Plaintiff WAUKEEN Q. McCOY the sum of $ 8001.25, reflecting attorney fees incurred by Defendants in responding

Order granting motion for Post

1  to an appeal by Plaintiff McCOY.

2          MAY  IT IS SO ORDERED.
                1 5 2008
3  Date:_____

4

5          ROBERT L. DONDERO

6          Robert Dondero
           Judge of the Superior Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order granting motion for Post



1 | Steven L. Robinson (S.B.N. 116146)
**THE LAW OFFICES OF JOSEPH L.**
2 | **ALIOTO & ANGELA ALIOTO**
700 Montgomery St.
3 | San Francisco, CA 94111
Telephone (415) 434-8700
4 | Fax (415) 438-4638

5 | Attorneys for Defendants
Angela Alioto & Angela Alioto PLC.

6

7

8

**FILED**

San Francisco County Superior Court

**JUN 1 8 2008**

**GORDON PARK-LI, Clerk**

BY: _____

9 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

10 | FOR THE COUNTY OF SAN FRANCISCO

11

12 | WAUKEEN Q. McCOY,                    ) Case No. 304904
                                        )
13 |              Plaintiff,             )
                                        ) **JUDGMENT GRANTING**
14 |                                     ) **DEFENDANTS' MOTION FOR**
     v.                                  ) **ATTORNEY FEES**
15 |                                     )
     ANGELA ALIOTO, an individual; LAW  )
16 | OFFICES OF JOSEPH L. ALIOTO &       )
     ANGELA ALIOTO,                      )
17 |                                     )
                                        )
18 |              Defendants.            )
                                        )
19 | _____ )

20

21 | The motion by Defendants ANGELA ALIOTO and ANGELA ALIOTO, PLC came on

22 | for hearing, as scheduled, on May 15, 2008, the matter having been argued and submitted, the

23 | following was ordered by the Court:

24 | WHEREAS the Court granted Defendants' motion, Defendants ANGELA ALIOTO and

25 | ANGELA ALIOTO, PLC shall hereby recover from Plaintiff WAUKEEN Q. McCOY the sum

26

27 | of $8,001.25 (Eight Thousand AND One Dollars AND Twenty-Five Cents), reflecting attorney

28 | _____
Judgment Granting Motion for Attorney Fees,
Case No. 304904

1 | fees incurred by Defendants in responding to an appeal by Plaintiff McCOY.

2 |     JUDGMENT IS HEREBY ENTERED IN FAVOR of Defendant Angela Alioto

3 | Professional Law Corporation as prevailing party in the above case in the amount of $8,001.25

4 | (Eight Thousand AND One Dollars AND Twenty-Five Cents), against Waukeen Q. McCoy,

5 | individually, and doing business as the Law Offices of Waukeen Q. McCoy, pursuant to the

6 | Order Granting Defendants' Motion for Attorney Fees of May 15, 2008.

7

8

9 | DATED: **1-16-08**

10



HONORABLE ROBERT L. DONDERO
JUDGE OF THE SUPERIOR COURT
SAN FRANCISCO COUNTY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment Granting Motion for Attorney Fees,
Case No. 304904

- 2 -

1  Steven L. Robinson (S.B.N. 116146)
   THE LAW OFFICES OF JOSEPH L.
2  ALIOTO & ANGELA ALIOTO
   700 Montgomery St.
3  San Francisco, CA 94111
   Telephone (415) 434-8700
4  Fax (415) 438-4638

5  Attorneys for Defendants
   Angela Alioto & Angela Alioto PLC.
6

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                 FOR THE COUNTY OF SAN FRANCISCO

9  WAUKEEN Q. McCOY,                    )    Case No. 304904
10                                      )
                                        )
11             Plaintiff,               )    NOTICE OF ENTRY OF JUDGMENT
                                        )
12 v.                                   )
                                        )
13 ANGELA ALIOTO, an individual; LAW    )
   OFFICES OF JOSEPH L. ALIOTO &        )
14 ANGELA ALIOTO,                       )
                                        )
15             Defendants.              )
                                        )
16                                      )
                                        )
17 _____  )

18     TO PLAINTIFF:

19     NOTICE IS HEREBY GIVEN that on June 16, 2008, Judgment granting Defendants'
20
   Motion for Attorney Fees was entered in the above-entitled action.  A true and correct copy of
21
   the Judgment is attached hereto as Exhibit "A."  A true and correct copy of the Order is attached
22
   hereto as Exhibit "B."
23
   Dated: 7/10/08
24
                                        LAW OFFICES OF MAYOR JOSEPH L.
25                                      ALIOTO & ANGELA ALIOTO

26
                                        By: _____
27                                          STEVEN L. ROBINSON

28 _____
   WAUKEEN Q. McCOY v. ANGELA ALIOTO, et al.
   NOTICE OF ENTRY OF JUDGMENT

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*: Recording requested by and return to: |
|---|

Steven L. Robinson (SBN 116146)
Law Office of Joseph L. Alioto & Angela Alioto
700 Montgomery Street, San Francisco, CA 94111
415-434-8700(T) 415-438-46389(F)

[✓] ATTORNEY FOR    [✓] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

*FOR RECORDER'S USE ONLY*

PLAINTIFF: Waukeen Q. McCoy

DEFENDANT: Angela M. Alioto, et al..

CASE NUMBER: 304904

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS          [ ] Amended

*FOR COURT USE ONLY*

1. The [✓] judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's

Name and last known address

Waukeen Q. McCoy
703 Market Street, Suite 1407
San Francisco, CA 94103-2124

b. Driver's license no. [last 4 digits] and state:    [✓] Unknown
c. Social security no. [last 4 digits]:  6845          [ ] Unknown
d. Summons or notice of entry of sister-state judgment was personally served or
mailed to *(name and address)*:

2. [✓] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
Angela M. Alioto
700 Montgomery St., SF, CA 94111
Date. July 9, 2008
Steven L. Robinson

*(TYPE OR PRINT NAME)*

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
a. Date:
b. Instrument No.:

*(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed:
$ 8,001.25

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: June 16, 2008
b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
is endorsed on the judgment as follows:
a. Amount: $
b. In favor of *(name and address)*:

11. A stay of enforcement has
a. [ ] not been ordered by the court.
b. [ ] been ordered by the court effective until
*(date)*:

12. a. [ ] I certify that this is a true and correct abstract of
the judgment entered in this action.
b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date)*:

JUL 1 0 2008

GORDON PARK-LI

Clerk, by _____, Deputy
WESLEY HAMILL

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]          ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS          Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: Waukeen Q. McCoy | CASE NUMBER: |
|---|---|
| DEFENDANT: Angela M. Alioto, et al.. | 304904 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

  N/A

14. Judgment creditor *(name and address)*:

  N/A

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.             Name and last known address

Law Offices of Waukeen Q. McCoy
703 Market Street, Suite 1407
San Francisco, CA 94103

Driver's license no. [last 4 digits]
and state:               ☑ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

17.             Name and last known address

N/A

Driver's license no. [last 4 digits]
and state:               ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.             Name and last known address

N/A

Driver's license no. [last 4 digits]
and state:               ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

19.             Name and last known address

N/A

Driver's license no. [last 4 digits]
and state:               ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

1   STEVEN L. ROBINSON (SBN 116146)
    **THE LAW OFFICES OF MAYOR JOSEPH L. ALIOTO**
2   **& ANGELA ALIOTO**
    700 Montgomery Street
3   San Francisco, CA 94111
    Telephone: (415) 434-8700
4   Facsimile: (415) 438-4638

5   Attorneys for Defendant
    Angela Alioto
6

7                   UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
8                     SAN FRANCISCO DIVISION

9

10

11  KYLE ANDERSON,                    ) Case No.: 3:2008cv01441
                                      )
12              Plaintiff,            )
                                      )
13      v.                            ) **PROOF OF SERVICE**
                                      )
14                                    )
                                      )
15  FEDERAL EXPRESS CORPORATION,      )
    d/b/a FedEx Express, a Delaware   )
16  Corporation,                      )
                                      )
17                                    )
                Defendant.            )
18                                    )
                                      )
19  _____)_____

20

21

22

23

24

25

26

27

28

Proof of Service

1

## PROOF OF SERVICE

2    I, Steven Trull, declare:

3    I am a citizen of the United States and am employed in the City and County of
San Francisco; I am over the age of 18 years and not a party to the within action; my
4    business address is 700 Montgomery Street, San Francisco, CA 94111.

5    On July 16 2008, I caused to be served the following document(s):

6    **Notice of Attorneys' Lien for Fees and Costs; Notice of Judgment Lien; Order
Granting Defendants' Motion for Attorney Fees; Judgment Granting Defendants' Motion**
7    **for Attorney Fees; Notice of Entry of Judgment; and Abstract of Judgment.**

8

9    in the following manner:

10    [X]    **MAIL:** by placing a true copy(ies) thereof in a sealed envelope(s) in the
outgoing mail tray located in my office for deposit in the United States
mail, with postage fully prepaid, addressed as shown below:

11

12    **Waukeen Q McCoy, Esq.**
Law Offices Of Waukeen Q. McCoy
703 Market Street, Suite 1407
13    San Francisco, CA 94103

14    **Christopher James Yost**
Federal Express Corporation
15    Litigation
Legal Department
16    2601 Main Street, Suite 340
Irvine, CA 92614

17

18    [ ]    **PERSONAL SERVICE:** by requesting a messenger service to hand-deliver
the same in an envelope(s) addressed as shown below:

19    [ ]    **OVERNIGHT DELIVERY:** by enclosing a true copy(ies) in a sealed
Federal Express envelope(s), fully prepaid, addressed as shown below:
20

21    [ ]    **BY FACSIMILE:** by transmitting by telefax to the number(s) shown below:

22    I declare under penalty of perjury under the laws of the State of California that
the foregoing is true and correct.

23

24    Executed July 16 2008 in San Francisco, California.

25

26

27    Steven Trull

28

Proof of Service

                                                                    - 2 -