# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Anderson,<br><br>          Plaintiff(s),<br><br>v.<br><br>Federal Express Corporation,<br><br>          Defendant(s). | 08-01441 SI MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

> **John F. Barg**
> Barg, Coffin, Lewis & Trapp
> Steuart Tower, Suite 2700
> One Market
> San Francisco, CA 94105-1475
> 415-228-5400

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

Dated: July 18, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01441 SI MED                    - 2 -