1  Mireya A.R. Llaurado, Bar No. 194882
   Christopher J. Yost, Bar No. 150785
2  **FEDERAL EXPRESS CORPORATION**
   2601 Main Street, Suite 340
3  Irvine, California 92614
   Telephone:  (949) 862-4632
4  Facsimile:  (949) 862-4605
   Email:  mallaurado@fedex.com
5
   **Attorneys for Defendant**
6  FEDERAL EXPRESS CORPORATION

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 KYLE ANDERSON, an individual,        | Case No.  CV08-1441 SI

12             Plaintiff,               | Honorable Susan Illston, Courtroom 10

13               v.                     | **DEFENDANTS' NOTICE OF
                                        | CHANGE OF LEAD COUNSEL**
14 FEDERAL EXPRESS
   CORPORATION, a Corporation,
15 and Does 1-50                        | Complaint Filed:   January 2, 2008
   Defendants.                          | Trial Date:        None Set
16

17

18

19

20      **TO THE HONORABLE COURT, ALL PARTIES AND THEIR**

21 **RESPECTIVE ATTORNEYS OF RECORD:**

22      PLEASE TAKE NOTICE that Mireya A.R. Llaurado is hereby entering her

23 appearance in the above-entitled action as lead counsel on behalf of Defendant Federal

24 Express Corporation.  Mireya A.R. Llaurado is an attorney admitted to the bar of this

25 court on June 30, 2008, and will appear with Christopher J. Yost, co-counsel, on

26 behalf of Defendant, Federal Express Corporation.

27

28

                                       1

1       PLEASE TAKE FURTHER NOTICE that all papers and notices in the above-

2   entitled action should be served upon the undersigned at the address indicated below.

3

4           Mireya A.R. Llaurado, Esq.
        FEDERAL EXPRESS CORPORATION
        2601 Main Street, Suite 340

5           Irvine, California 92614
        Telephone:   (949) 862-4632

6           Facsimile:    (949) 862-4605
        mallaurado@fedex.com

7

8   DATED:  July 30, 2008       Respectfully submitted,

9

10            By:

11                      Mireya A.R. Llaurado
                    Christopher J. Yost

12                      Attorneys for Defendant
                    FEDERAL EXPRESS CORPORATION

13

14

15

16

17  741940

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF CHANGE OF LEAD COUNSEL

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Federal Express Corporation dba FedEx Express, 2601 Main Street, Suite 340, Irvine, California  92614.

On July 30, 2008, I served the within document(s):

**DEFENDANTS' NOTICE OF CHANGE OF LEAD COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with OC Corporate Courier to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight
delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California  92614, in accordance with Federal Express Corporation's ordinary business practices.

**Waukeen Q. McCoy, Esq.**
**LAW OFFICE OF WAUKEEN Q. MCCOY**
**703 Market Street, Suite 1407**
**San Francisco, CA 94103**
**Telephone:  415-675-7705**
**Facsimile:  415-675-2530**

**Attorneys for Plaintiff**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on the 30th of July, 2008, at Irvine, California.

_____
Diane Fay Esparza

3

DEFENDANTS' NOTICE OF CHANGE OF LEAD COUNSEL