1  Mireya A.R. Llaurado, Bar No. 194882
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone: (949) 862-4632
   Facsimile:  (949) 862-4605
4  email: mallaurado@fedex.com

5  Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Corporation, and Does 1-50<br><br>Defendants. | Case No. C 08-01441 SI<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT CONTINGENT UPON PLAINTIFF'S DISMISSING CLAIMS WITH PREJUDICE AND THE COURT'S RETAINING JURISDICTION**<br><br>Date: September 22, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th floor<br><br>Original Complaint Filed: January 2, 2008<br>Action Removed: March 13, 2008 |

1  DEF'S NON-OPPOSITION TO MTN FOR LEAVE
   Case No. C 08-01441 SI

Defendant Federal Express Corporation (FedEx) hereby files its contingent non-opposition to plaintiff Kyle Anderson's (Plaintiff) motion, which seeks leave to file a Second Amended Complaint that would dismiss all employment claims filed under Title VII of the Civil Right Act of 1964. FedEx does not oppose the motion, provided that Plaintiff's federal claims are dismissed ***with prejudice***. Further, because Plaintiff's recent pleading amendments do not any way affect the Court's subject matter jurisdiction, FedEx seeks to clarify that this Court retains jurisdiction over this matter.

## BACKGROUND

On January 2, 2008, Plaintiff sued FedEx, his former employer, in the Superior Court of California, County of San Francisco. After FedEx removed the case to this Court – with subject matter jurisdiction based on diversity of citizenship – Plaintiff filed a First Amended Complaint (FAC). The FAC vaguely asserted that FedEx not only engaged in state law violations, but that FedEx also violated Title VII of the Civil Rights Act.[1]

On May 7, 2008, Plaintiff filed the pending motion, asking the Court to permit him to file a ***Second*** Amended Complaint because "Plaintiff does not seek to pursue his claims under Title VII of the Civil Right Act of 1964." Motion at 1-2.

## NON-OPPOSITION

FedEx does not oppose Plaintiff's motion, to the extent that Plaintiff's federal law claims are dismissed with prejudice. If Plaintiff's claims are dismissed without prejudice, then – contrary to the assertions in Plaintiff's Motion (at p. 3) – FedEx would suffer irreparable harm and prejudice because Plaintiff would have the potential to file the claims at a later date, requiring FedEx to "play catch-up" as to defense of these claims (e.g., FedEx may have missed the opportunity to gather

---

[1] Plaintiff combines two separate retaliation claims – one under California law and the other under 42 U.S.C. section 2000 – in the Second Cause of Action heading. See FAC p.15, line 12. Plaintiff, however, did not list the ***federal*** claim in the first page case caption, and nowhere else besides in that single claim heading does Plaintiff allege any violation of Title VII of the Civil Right Act of 1964 or of any other federal law.

2   DEF'S NON-OPPOSITION TO MTN FOR LEAVE
Case No. C 08-01441 SI

1  needed discovery and then will have to obtain that discovery at the later date, much
2  closer to trial).
3       Further, FedEx seeks to clarify that dismissal of the claims does not affect the
4  Court's jurisdiction over this lawsuit.  As set forth in the removal papers filed by
5  FedEx on March 13, 2008, this Court has personal jurisdiction over the parties, and
6  it has subject matter jurisdiction based on diversity of citizenship.  To the extent
7  that Plaintiff disputes the Court's subject matter jurisdiction, the time for filing a
8  motion to remand the case has long passed.  Should the Court, for some reason,
9  entertain any argument that it lacks subject matter jurisdiction based on diversity,
10 FedEx respectfully requests the opportunity to brief the issues.

DATED:  August 29, 2008                     Respectfully submitted,

                                            /s/
                                    By: _____
                                        Mireya A.R. Llaurado
                                        Attorney for Defendant
                                        **FEDERAL EXPRESS CORPORATION**

#731892

3     DEF'S NON-OPPOSITION TO MTN FOR LEAVE
      Case No.  C 08-01441 SI

# CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 29, 2008, I served a copy of:

**DEFENDANT FEDERAL EXPRESS CORPORATION'S NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT CONTINGENT UPON PLAINTIFF'S DISMISSING CLAIMS WITH PREJUDICE**

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Fed Ex, 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Fed Ex with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

## Service List

**Waukeen Q. McCoy, Esq.**
**LAW OFFICE OF WAUKEEN Q. McCOY**
**703 Market Street, Suite 1407**
**San Francisco, CA 94103**
**Telephone: 415-675-7705**
**Facsimile 415-675-2530**

**Plaintiff, Kyle Anderson**

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 29th day of August, 2008.

| Diane Fay Esparza | /s/ |
|---|---|
| (typed) | (signature) |