# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE ANDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Corporation, and Does 1-50<br><br>Defendants. | **Case No. 08-01441 SI**<br><br>[PROPOSED] ORDER ON STIPULATION TO CONTINUE MEDIATION COMPLETION DATE AND CASE MANAGEMENT CONFERENCE DUE TO UNEXPECTED UNAVAILABILITY OF COUNSEL<br><br>**Complaint Filed: January 2, 2008** |

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having reviewed the Stipulation For Order Approving The Continuation Of The Mediation Completion Date And Continuing The Case Management Conference Due To Unexpected Unavailability Of Counsel, filed on September 26, 2008, and for good cause shown, hereby ORDERS:

(1) That the parties complete mediation by November 14, 2008 before Mr. Fred Butler, Esq; and

(2) That the Continued Case Management Conference is set for 2:30 P.M. on  1/16/09 , 2008.

SO ORDERED.  _____

Judge Susan Illston          Date

748856

1
[PROPOSED] ORDER CONTINUING MEDIATION COMPLETION
DATE AND CASE MANAGEMENT CONFERENCE
08-01441 SI

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On September 29, 2008, I served the within document(s):

**[PROPOSED] ORDER ON STIPULATION TO CONTINUE MEDIATION COMPLETION DATE AND CASE MANAGEMENT CONFERENCE DUE TO UNEXPECTED UNAVAILABILITY OF COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Waukeen Q. McCoy, Esq.**
**LAW OFFICE OF WAUKEEN Q. MCCOY**
**703 Market Street, Suite 1407**
**San Francisco, CA 94103**
**Telephone: (415) 675-7705**
**Facsimile: (415) 675-2530**
**Attorneys for Plaintiff**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 29, 2008 at Irvine, California.

/s/
_____
Diane Fay Esparza