1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| KYLE ANDERSON, an individual, | **Case No.  08-01441 SI** |
|---|---|
| Plaintiff, | [PROPOSED] ORDER APPROVING STIPULATION OF PARTIES REGARDING PRIVATE MEDIATOR AND REMOVAL OF CASE FROM COURT'S MEDIATION PROGRAM |
| v. | |
| FEDERAL EXPRESS CORPORATION, a Corporation, and Does 1-50 | |
| Defendants. | **Complaint Filed: January 2, 2008** |

**TO ALL PARTIES:**

    Upon review of the STIPULATION OF PARTIES REGARDING PRIVATE MEDIATOR AND REMOVAL OF CASE FROM COURT'S MEDIATION PROGRAM ("Stipulation"), the Court hereby orders:

    (1)    The parties Stipulation be and hereby is approved; and

    (2)    This case is removed from the Court's Mediation Program.

    IT IS SO ORDERED.

10/20/08

_____
Judge Susan Illston        Dated
United States District Court

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On October 17, 2008, I served the within document(s):

[PROPOSED] ORDER APPROVING STIPULATION OF PARTIES REGARDING PRIVATE MEDIATOR AND REMOVAL OF CASE FROM COURT'S MEDIATION PROGRAM

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Waukeen Q. McCoy, Esq.**
**LAW OFFICE OF WAUKEEN Q. MCCOY**
**703 Market Street, Suite 1407**
**San Francisco, CA 94103**
**Telephone: (415) 675-7705**
**Facsimile: (415) 675-2530**
**Attorneys for Plaintiff**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 17, 2008 at Irvine, California.

/s/
_____
Diane Fay Esparza

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28