WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff
KYLE ANDERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYLE ANDERSON
individual;

   Plaintiff,

vs.

FEDERAL EXPRESSS CORPORATION and
DOES 1-50

   Defendants.

Case No. C 08-01441 SI

**NOTICE OF DISMISSAL OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1

1  NOTICE IS HEREBY GIVEN that, pursuant to stipulation and agreement between and
2  among the parties to this action, Plaintiff wishes to dismiss the above-captioned action with
3  prejudice as to all parties and all causes of action, and Plaintiff respectfully requests that the
4  Court enter an Order dismissing the entirety of the above-captioned action as to all parties with
5  prejudice.

7  Dated: January 15, 2009          LAW OFFICES OF WAUKEEN Q. McCOY

8                                    By: _____
9                                         WAUKEEN Q. McCOY
                                          Attorney for Plaintiff Kyle Anderson
10
                                     By: _____
11
                                          MIREYA LLAURADO
12                                        Attorney for Defendant Federal Express

16                     [Proposed] ORDER

17  IT IS SO ORDERED. The above-captioned action is dismissed with prejudice as to all
    causes of action and all parties.
18
19
    Dated:_____          _____
20                                  SUPERIOR COURT JUDGE

2